**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 244 WAL 2022

           Respondent             :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

           v.                       :

                                        :

BENARD LAQUAIN JACKSON,         :

             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 21st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.